JOHN DOYLE, Respondent, v. THE WENDALL & EVANS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

In the Matter of the Application of JAMES FLAHERTY for a Peremptory Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York.— Appeal transferred to the First Department for hearing and determination. (See *ante*, p. 428.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of a Paper Writing Purporting to Be the Last Will and Testament of THEODORE A. LORD, Deceased.— Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of DAVID RITZ, Administrator, etc., of RAY RITZ, etc., Deceased, Respondent, to Discover Property, etc. LEAH RINGEL, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs against the appellant Leah Ringel. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

KATHARINE M. LEXOW, as Executrix, etc., of CLARENCE LEXOW, Deceased, Respondent, v. GEORGE M. MACKELLAR and T. TILESTON WELLS, as Surviving Members, etc., Appellants.— Finding of fact 11, and the following part of finding of fact 10, "it was improper to use the moneys or property of the said copartnership in connection with said matter," reversed; the 8th conclusion of law, and so much of the 10th conclusion of law as involved the repayment of the money received on the Seabury Farms account, reversed; and it is found that Morton Lexow agreed that the moneys paid to Mackellar on the Seabury Farms account should be so paid, and that he was authorized to make such agreement; and that as to such payments there was a full settlement and adjustment made. The judgment as so modified is affirmed, except as to costs of the action, which should be paid out of the fund to be distributed. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred. Order to be settled on notice before the presiding justice.

ARTHUR J. McCULLOUGH and WALTER J. McCULLOUGH, Respondents, v. JOHN J. McCULLOUGH, Respondent, MINNIE ALMA McCULLOUGH, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

ARTHUR S. MEDLAR, Respondent, v. MASTERS & COMPANY, LIMITED, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

THOMAS MOORE, as Trustee in Bankruptcy, etc., Respondent, v. BROOKLYN TRUST COMPANY, as Trustee, etc., Defendant, Impleaded with FRANCIS E. WALBRIDGE, Individually, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.